IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 1:12-CV-3709-AT |
| v. | : : | |
| MICHAEL H. JOHNSON, | : : | |
| Defendant. | : | |

## **ORDER**

The Consent Motion of the United States Attorney to Intervene and Stay Discovery in Deference to Criminal Proceedings [Doc. 4] and Plaintiff and Defendant's Consent Motion to Stay Proceedings [Doc. 6] are **GRANTED**.

It is **ORDERED** that this case is stayed pending the completion of the criminal proceedings in *United States v. Elles et al.*, No. 1:11-CR-445-JEC-AJB, either by guilty plea, jury verdict of guilty, jury verdict of acquittal, dismissal, or a mixed jury verdict after which the government does not seek a retrial on any remaining counts. It is further **ORDERED** that Defendant Johnson's Answer or other responsive pleadings will be due within 20 days thereafter.

The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the case pending the completion of the criminal proceedings as set forth herein. Upon filing of Defendant Johnson's Answer, the case shall be resubmitted to the Court.

**IT IS SO ORDERED** this 14th day of January, 2013.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**