IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. |
| v. | 1:12-cv-03709-AT |
| MICHAEL H. JOHNSON, | |
| Defendant. | |

## WAIVER OF THE SERVICE OF SUMMONS

TO: Pat Huddleston
     Senior Trial Counsel
     U.S. Securities and Exchange Commission

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a pre-paid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 10/26/12, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11/29/12

*Michael H. Johnson* (signature)
Michael H. Johnson
c/o Daniel P. Griffin, Esq.
Miller & Martin, PLLC
Suite 800
1170 Peachtree Street, N.E.
Atlanta, GA 30309-7706