

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
ATLANTA REGIONAL OFFICE**
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, Georgia 30326-1382

**Pat Huddleston II**
Senior Trial Counsel

Telephone: (404) 842-7616
Facsimile: (404) 842-7679

May 1, 2013

Courtroom Deputies
U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

    RE:   Leave of Absence

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to Rule 83.1E(3) of the Local Rules of Civil Procedure, that I will be out of the office from June 21, 2013, to June 30, 2013. I request that the Court not schedule any court appearances in the below-referenced matters between those dates:

    Securities and Exchange Commission v. Merchant Capital, LLC, et al.
    Civil Action No. 1:02-CV-2984

    Securities and Exchange Commission v. Joseph M. Elles
    Civil Action No. 1:10-CV-04118

    Securities and Exchange Commission v. Eric M. Martin, et al.
    Civil Action No. 1:12-CV-02922

    Securities and Exchange Commission v. Joseph Pacifico
    Civil Action No. 1:12-CV-03636

    Securities and Exchange Commission v. Michael H. Johnson
    Civil Action No. 1:12-CV-03709

      Securities and Exchange Commission v. Billy Wayne McLintock, et al.
      Civil Action No. 1:12-CV-4028

      Securities and Exchange Commission v. Inter Reef, et al.
      Civil Action No. 1:13-cv-1104

cc:
Counsel of Record (via ECF notification)

Kurt V. Beasley, Esq. (via USPS mail)
Waterford Law Group, PLLC
2550 Meridian Law Group, Suite 350
Franklin, TN 37067

Steven C. Wyer, (via USPS mail)
103 Harpeth Hills Derive
Franklin, TN 37069

Inter Reef LTD. (via USPS mail)
Corner Chambers, 590A Kingsbury Road
Birmingham
United Kingdom
B24 9ND

Color Shock, S.R.O. (via USPS mail)
Praha 1 – Nove Mesto, Opletalova 1525/39
PSC 110 00

Fortuna-K S.R.O. (via USPS mail)
Praha 3, Chlumova 4/195, PSC 130 00


Melland Company S.R.O. (via USPS mail)
Pod Haltyrem 1497/8
Kuntratice, 148 00 Praha 4

Solutions Company S.R.O. (via USPS mail)
Praha 1 – Nove Mesto, Hybernska 1007/20, Okres Praha HI.m.
PSC 110 00

Sincerely,

*/s/ Pat Huddleston II*
Pat Huddleston II
Senior Trial Counsel
U.S. Securities and Exchange Commission