IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>v.<br><br>MICHAEL H. JOHNSON,<br><br>        Defendant. | Civil Action No.<br><br>1:12-cv-03709-AT |

## STIPULATION OF DISMISSAL UNDER RULE 41(a) AND PROPOSED ORDER OF DISMISSAL

Plaintiff Securities and Exchange Commission and Defendant Michael H. Johnson hereby stipulate under Fed.R.Civ.P. 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. Defendant Johnson agrees solely for purposes of the Equal Access to Justice Act that he is not a prevailing party.

This 11th day of March, 2024.

                                        Respectfully submitted,

                                        /s/*Pat Huddleston II*
                                        Pat Huddleston, II
                                        Georgia Bar No. 373984

COUNSEL FOR PLAINTIFF
Securities and Exchange Commission
950 East Paces Ferry Road, N.E, Suite 900
Atlanta, Georgia 30326
(404) 842-7616
huddlestonp@sec.gov

MICHAEL H. JOHNSON, Defendant

/s/ *Daniel P. Griffin*
Attorney for Defendant

Daniel Patrick Griffin
Griffin Durham Tanner & Clarkson, LLC
75 14th Street, Suite 2130
Atlanta, GA 30309
404-891-9151
dgriffin@griffindurham.com

## ~~[PROPOSED]~~ ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

DATED: March 12, 2024

_____
HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing document by filing it with the Clerk of Court using the CM/ECF system. That filing system will automatically send e-mail notification of such filing to the registered counsel of record.

Dated: March 11, 2024

*/s/ Pat Huddleston II*
Pat Huddleston II